# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

Case No. 5D2025-3140
LT Case No. 16-2024-CF-003948-AXXX-MA
_____

DEANDRE MATTHEW THOMPSON,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
Mark Borello, Judge.

Matthew J. Metz, Public Defender, and Jacqueline Rae Brandt, Assistant Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, and Brian A. Hofer, Assistant Attorney General, Tallahassee, for Appellee.

June 30, 2026

PER CURIAM.

    AFFIRMED.

MAKAR, LAMBERT, and EDWARDS, JJ., concur.

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————